IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD DARGBEH, | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| QBE SPECIALTY INSURANCE CO., et al., | NO. 19-5706 |
| *Defendants.* | |

## ORDER

**AND NOW**, this 26th day of February 2020, upon consideration of Defendants' Notice of Removal (ECF No. 1), Plaintiff's Motion to Remand (ECF No. 7), Defendants' Response (ECF No. 10), Plaintiff's Reply (ECF No. 11) and Defendants' Sur-Reply (ECF No. 14), it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**, and the case is **REMANDED** to state court for further proceedings; and

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.